IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONTINENTAL PROPERTY MANAGEMENT, INC.,** : : :    NO. 20-cv-00500-CDJ | |
| **Plaintiff,** : : | |
| **vs.** : : | |
| **PENN NATIONAL INSURANCE COMPANY, a corporation** : : : | |
| **Defendant.** : | |

### NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

This action is dismissed by Plaintiff, Continental Property Management, Inc., in its entirety and is made pursuant to F.R.C.P. 41(a).

WILLIAM J. FERREN & ASSOCIATES

By: _____
Leticia J. Santiago, Esquire
Attorney for Plaintiff